**Timothy L. TAYLOR, Plaintiff–Appellant,**

v.

**PPG INDUSTRIES, INC., Defendant–Cross Appellant.**

**No. 01–1363, 01–1458.**

United States Court of Appeals, Federal Circuit.

DECIDED: March 1, 2002.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).